LILLY WEINREB, Respondent, *v.* SAMUEL WEINREB, Appellant.

*Appeal — failure to prosecute.*

*Weinreb* v. *Weinreb,* 199 App. Div. 966, appeal dismissed.

(Submitted October 2, 1922; decided October 3, 1922.)

· MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1921, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term, and directing judgment in favor of plaintiff.

The motion was made upon the ground of failure to prosecute the appeal.

*Harry Kopp, Samuel Markewich* and *Nathan D. Perlman* for motion.

*Samuel Weinreb* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

UNITED STATES TITLE GUARANTY COMPANY, Respondent, *v.* ARTHUR A. BROWN, Appellant.

(Submitted October 2, 1922; decided October 3, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 664.)